1                          ENTER   JS6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CV02-CR-1248-R-1

| JUAN BUENO HERNANDEZ, | Case No. CV 07-4660 R |
|---|---|
| Petitioner, | **ORDER DISMISSING MOTION TO VACATE, SET ASIDE OR CORRECT SENTENCE** |
| v. | |
| UNITED STATES OF AMERICA, | |
| Respondents. | |

On July 18, 2007, Petitioner Juan Bueno Hernandez filed a Motion to Vacate, Set Aside or Correct Sentence pursuant to 28 U.S.C. §2255.  On July 27, 2007, the Government filed a Motion to Dismiss contending the Petitioner's argument that 21  U.S.C § 841 is facially unconstitutional lacks merit. Because the Petitioner has not filed an answer, despite the Court's October 11, 2007 Order instructing him to do so, the Court hereby DISMISSES the Motion.

//

//

//

//

1  IT IS SO ORDERED.
2  IT IS FURTHER ORDERED that the Clerk of the Court shall serve, by United
3  States mail or by telefax or by email, copies of this Order on Petitioner and counsel
4  in this matter.
5  Dated: April 8, 2008

_____
Manuel L. Real
United States District Judge